# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION NO. 1:18-CV-555 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **SUNSHINE P. LUTHER**, and | : | |
| **MARCUS W. LUTHER**, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 26th day of February, 2019, upon consideration of the Application for Distribution of Proceeds (Doc. 17), as well as prior orders of this Court granting plaintiff's Motion for Default Judgment, providing for sale of the Property located at 121 Fairview Drive, Carlisle, PA 17013-8474 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, it is hereby ORDERED that the Schedule of Distribution, attached to this Order, is APPROVED and shall be entered on the docket by the Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

/S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLEDISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                Plaintiff

vs.

CIVIL NO. 18-00555

SUNSHINE P. LUTHER
MARCUS W. LUTHER

                Defendant(s)

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser:   $87,500.00

Amount of cash received ............................................................. $87,500.00

## TO BE DISTRIBUTED AS FOLLOWS:

Proceeds of sale to the United States Department of
Justice re: CDCS# 2018A25450 .................................................... $87,500.00

                                          KML Law Group, P.C.

                                          By: _____
                                          Rebecca A. Solarz, Esquire
                                          Suite 5000 – BNY Independence Center
                                          701 Market Street
                                          Philadelphia, PA  19106-1532
                                          (215) 825-6327